**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ALTEGRITY, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 52-1969985 | Chapter 11<br><br>Case No. 15-10226 (LSS) |
| In re:<br><br>ALBATROSS HOLDING COMPANY, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 30-0792688 | Chapter 11<br><br>Case No. 15-10227 (LSS) |
| In re:<br><br>ALBATROSS MARKETING AND TRADING, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 61-1718643 | Chapter 11<br><br>Case No. 15-10228 (LSS) |
| In re:<br><br>ALTEGRITY ACQUISITION CORP.,<br><br>Debtor.<br><br>Tax I.D. No. 56-2661480 | Chapter 11<br><br>Case No. 15-10229 (LSS) |
| In re:<br><br>ALTEGRITY HOLDING CORP.,<br><br>Debtor.<br><br>Tax I.D. No. 56-2661481 | Chapter 11<br><br>Case No. 15-10230 (LSS) |

| | |
|---|---|
| In re:<br><br>ALTEGRITY RISK INTERNATIONAL LLC,<br><br>Debtor.<br><br>Tax I.D. No. 27-0966350 | Chapter 11<br><br>Case No. 15-10231(LSS) |
| In re:<br><br>ALTEGRITY SECURITY CONSULTING, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 27-1055452 | Chapter 11<br><br>Case No. 15-10232 (LSS) |
| In re:<br><br>CVM SOLUTIONS, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 20-8659526 | Chapter 11<br><br>Case No. 15-10234 (LSS) |
| In re:<br><br>D, D & C, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 56-1739552 | Chapter 11<br><br>Case No. 15-10235 (LSS) |
| In re:<br><br>ENGENIUM CORPORATION,<br><br>Debtor.<br><br>Tax I.D. No. 75-2782269 | Chapter 11<br><br>Case No. 15-10236 (LSS) |

| | |
|---|---|
| In re:<br><br>FDC ACQUISITION, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 84-1482387 | Chapter 11<br><br>Case No. 15-10237 (LSS) |
| In re:<br><br>HIRERIGHT RECORDS SERVICES, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 81-0501944 | Chapter 11<br><br>Case No. 15-10238 (LSS) |
| In re:<br><br>HIRERIGHT SOLUTIONS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 73-1168954 | Chapter 11<br><br>Case No. 15-10239 (LSS) |
| In re:<br><br>HIRERIGHT TECHNOLOGIES GROUP, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 46-4071660 | Chapter 11<br><br>Case No. 15-10240(LSS) |
| In re:<br><br>HIRERIGHT, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 33-0465016 | Chapter 11<br><br>Case No. 15-10241 (LSS) |

| | |
|---|---|
| In re:<br><br>JOHN D. COHEN, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 20-8301738 | Chapter 11<br><br>Case No. 15-10242 (LSS) |
| In re:<br><br>KCMS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 42-1560085 | Chapter 11<br><br>Case No. 15-10243(LSS) |
| In re:<br><br>KIA HOLDING, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 46-4071333 | Chapter 11<br><br>Case No. 15-10244 (LSS) |
| In re:<br><br>KROLL ASSOCIATES, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 11-2286880 | Chapter 11<br><br>Case No. 15-10245 (LSS) |
| In re:<br><br>KROLL BACKGROUND AMERICA, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 62-1614830 | Chapter 11<br><br>Case No. 15-10246 (LSS) |

| | |
|---|---|
| In re:<br><br>KROLL CRISIS MANAGEMENT GROUP, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 06-1553811 | Chapter 11<br><br>Case No. 15-10247 (LSS) |
| In re:<br><br>KROLL CYBER SECURITY, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 45-3962393 | Chapter 11<br><br>Case No. 15-10248 (LSS) |
| In re:<br><br>KROLL FACTUAL DATA, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 84-1449911 | Chapter 11<br><br>Case No. 15-10249 (LSS) |
| In re:<br><br>KROLL HOLDINGS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 13-3724648 | Chapter 11<br><br>Case No. 15-10250 (LSS) |
| In re:<br><br>KROLL INC.,<br><br>Debtor.<br><br>Tax I.D. No. 13-4131019 | Chapter 11<br><br>Case No. 15-10251 (LSS) |

| | |
|---|---|
| In re:<br><br>KROLL INFORMATION ASSURANCE, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 45-3962283 | Chapter 11<br><br>Case No. 15-10252 (LSS) |
| In re:<br><br>KROLL INFORMATION SERVICES, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 13-3672381 | Chapter 11<br><br>Case No. 15-10253 (LSS) |
| In re:<br><br>KROLL INTERNATIONAL, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 13-3901243 | Chapter 11<br><br>Case No. 15-10254 (LSS) |
| In re:<br><br>KROLL ONTRACK INC.,<br><br>Debtor.<br><br>Tax I.D. No. 41-1521650 | Chapter 11<br><br>Case No. 15-10255 (LSS) |
| In re:<br><br>KROLL RECOVERY LLC,<br><br>Debtor.<br><br>Tax I.D. No. 10-0467082 | Chapter 11<br><br>Case No. 15-10256 (LSS) |

| | |
|---|---|
| In re:<br><br>KROLL SECURITY GROUP, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 74-2245514 | Chapter 11<br><br>Case No. 15-10257 (LSS) |
| In re:<br><br>NATIONAL DIAGNOSTICS, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 56-1717132 | Chapter 11<br><br>Case No. 15-10258 (LSS) |
| In re:<br><br>ONTRACK DATA RECOVERY, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 41-1613148 | Chapter 11<br><br>Case No. 15-10259 (LSS) |
| In re:<br><br>PERSONNEL RECORDS INTERNATIONAL, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 26-1900716 | Chapter 11<br><br>Case No. 15-10260 (LSS) |
| In re:<br><br>THE OFFICIAL INFORMATION COMPANY,<br><br>Debtor.<br><br>Tax I.D. No. 73-1341805 | Chapter 11<br><br>Case No. 15-10261 (LSS) |

| | |
|---|---|
| In re:<br><br>US INVESTIGATIONS SERVICES, LLC,<br><br>Debtor.<br><br>Tax I.D. No. 55-0809260 | Chapter 11<br><br>Case No. 15-10262 (LSS) |
| In re:<br><br>USIS INTERNATIONAL, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 54-1403617 | Chapter 11<br><br>Case No. 15-10263 (LSS) |
| In re:<br><br>USIS WORLDWIDE, INC.,<br><br>Debtor.<br><br>Tax I.D. No. 27-1194258 | Chapter 11<br><br>Case No. 15-10264 (LSS)<br><br>**Re: Docket No. 2** |

**ORDER DIRECTING THE JOINT ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES**

Upon the motion (the "**Motion**")[1] of the Debtors, pursuant to sections 101(2) and 105(a) of the Bankruptcy Code, Bankruptcy Rule 1015(b) and Local Rules 1015-1 and 9013-1(m), for an order (this "**Order**") directing the joint administration of these chapter 11 cases and the consolidation thereof for procedural purposes only, all as more fully set forth in the Motion; and upon consideration of the First Day Declaration; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*,

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion and opportunity for objection having been given under the circumstances; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein and that such relief is in the best interests of the Debtors, their estates, their creditors and all parties in interest; and any objections to the Motion having been withdrawn or overruled on the merits; and upon all of the proceedings had before the Court and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED that:

1. The Motion is granted as set forth herein.

2. These chapter 11 cases are consolidated for procedural purposes only and shall be jointly administered by this Court.

3. The Clerk of the Court shall maintain one file and one docket for all of these chapter 11 cases, which file and docket shall be the file and docket for the chapter 11 case of Altegrity, Inc., Case No. 15-10226 (LSS).

4. All pleadings filed in these chapter 11 cases shall bear a consolidated caption in the following form:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ALTEGRITY, INC., *et al.*,[1] | Case No. 15-10226 (LSS) |
| Debtors. | Jointly Administered |

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Altegrity, Inc. (9985); Albatross Holding Company, LLC (2688); Albatross Marketing and Trading, LLC (8643); Altegrity Acquisition Corp. (1480); Altegrity Holding Corp. (1481); Altegrity Risk International LLC (6350); Altegrity Security Consulting, Inc. (5452); CVM Solutions, LLC (9526); D, D & C, Inc. (9552); Engenium Corporation (2269); FDC Acquisition, Inc. (2387); HireRight Records Services, Inc. (1944); HireRight Solutions, Inc. (8954); HireRight Technologies Group, Inc. (1660); HireRight, Inc. (5016); John D. Cohen, Inc. (1738); KCMS, Inc. (0085); KIA Holding, LLC (1333); Kroll Associates, Inc. (6880); Kroll Background America, Inc. (4830); Kroll Crisis Management Group, Inc. (3811); Kroll Cyber Security, Inc. (2393); Kroll Factual Data, Inc. (9911); Kroll Holdings, Inc. (4648); Kroll Inc. (1019); Kroll Information Assurance, Inc. (2283); Kroll Information Services, Inc. (2381); Kroll International, Inc. (1243); Kroll Ontrack Inc. (1650); Kroll Recovery LLC (7082); Kroll Security Group, Inc. (5514); National Diagnostics, Inc. (7132); Ontrack Data Recovery, Inc. (3148); Personnel Records International, LLC (0716); The Official Information Company (1805); US Investigations Services, LLC (9260); USIS International, Inc. (3617); and USIS Worldwide, Inc. (4258). The location of the Debtors' corporate headquarters is 7799 Leesburg Pike, Suite 1100 North, Falls Church, VA 22043.

5. The Clerk of the Court shall make a docket entry in each Debtor's chapter 11 case (except that of Altegrity, Inc.) substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Altegrity, Inc.; Albatross Holding Company, LLC; Albatross Marketing and Trading, LLC; Altegrity Acquisition Corp.; Altegrity Holding Corp.; Altegrity Risk International LLC; Altegrity Security Consulting, Inc.; CVM Solutions, LLC; D, D & C, Inc.; Engenium Corporation; FDC Acquisition, Inc.; HireRight Records Services, Inc.; HireRight Solutions, Inc.; HireRight Technologies Group, Inc.; HireRight, Inc.; John D. Cohen, Inc.; KCMS, Inc.; KIA Holding, LLC; Kroll Associates, Inc.; Kroll Background America, Inc.; Kroll Crisis Management Group, Inc.; Kroll Cyber Security, Inc.; Kroll Factual Data, Inc.; Kroll Holdings, Inc.; Kroll Inc.; Kroll Information Assurance, Inc.; Kroll Information Services, Inc.; Kroll International, Inc.; Kroll Ontrack Inc.; Kroll Recovery LLC; Kroll Security Group, Inc.; National Diagnostics, Inc.; Ontrack Data Recovery, Inc.; Personnel Records International, LLC; The Official Information Company; US Investigations Services, LLC; USIS International, Inc.; and USIS Worldwide, Inc. **The docket in the chapter 11 case of Altegrity, Inc., Case No. 15-10226 (LSS), should be consulted for all matters affecting this case.**

6. One consolidated docket, one file and one consolidated service list shall be maintained for the chapter 11 cases by the Debtors and kept by the Clerk of the Court.

7. The Debtors and the Clerk of the Court are authorized and empowered to take all actions necessary to implement the relief granted in this Order.

8. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of the chapter 11 cases.

9. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: Feb. 10, 2015
Wilmington, Delaware

LAURIE SELBER SILVERSTEIN
UNITED STATES BANKRUPTCY JUDGE



1000397616v9